PRISONER'S CIVIL RIGHTS COMPLAINT (Rev. 08/2021)

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**

BRAYLIN BROWN #0936696
Plaintiff's Name and ID Number

TARRANT COUNTY JAIL
Place of Confinement

4-23CV-787-O
CASE NO.
(Clerk will assign the number)

v.

BILL WAYBOURN
Defendant's Name and Address

Donald Oakes
Defendant's Name and Address

Kyle Longo
Defendant's Name and Address
( DO NOT USE "ET AL.")

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
JUL 28 2023
CLERK, U.S. DISTRICT COURT
By MW Deputy

**INSTRUCTIONS - READ CAREFULLY**

**NOTICE:**

**Your complaint is subject to dismissal unless it conforms to these instructions and this form.**

1. To start an action you must file an original and one copy of your complaint with the court. You should keep a copy of the complaint for your own records.

2. Your complaint must be legibly handwritten, in ink, or typewritten. You, the plaintiff, must sign and declare under penalty of perjury that the facts are correct. If you need additional space, **DO NOT USE THE REVERSE SIDE OR BACK SIDE OF ANY PAGE.** ATTACH AN ADDITIONAL BLANK PAGE AND WRITE ON IT.

3. You must file a separate complaint for each claim you have unless the various claims are all related to the same incident or issue or are all against the same defendant, Rule 18, Federal Rules of Civil Procedure. Make a short and plain statement of your claim, Rule 8, Federal Rules of Civil Procedure.

4. When these forms are completed, mail the original and one copy to the clerk of the United States district court for the appropriate district of Texas in the division where one or more named defendants are located, or where the incident giving rise to your claim for relief occurred. If you are confined in the Texas Department of Criminal Justice, Correctional Institutions Division (TDCJ-CID), the list labeled as "VENUE LIST" is posted in your unit law library. It is a list of the Texas prison units indicating the appropriate district court, the division and an address list of the divisional clerks.

**FILING FEE AND *IN FORMA PAUPERIS* (IFP)**

1. In order for your complaint to be filed, it must be accompanied by the statutory filing fee of $350.00 plus an administrative fee of $52.00 for a total fee of **$402.00**.

2. If you do not have the necessary funds to pay the fee in full at this time, you may request permission to proceed *in forma pauperis*. In this event you must complete the application to proceed *in forma pauperis*, setting forth information to establish your inability to prepay the fees and costs or give security therefor. You must also include a current six-month history of your inmate trust account. If you are an inmate in TDCJ-CID, you can acquire the application to proceed *in forma pauperis* and the certificate of inmate trust account, also known as *in forma pauperis* data sheet, from the law library at your prison unit.

3. The Prison Litigation Reform Act of 1995 (PLRA) provides "... if a prisoner brings a civil action or files an appeal *in forma pauperis*, the prisoner shall be required to pay the full amount of a filing fee." *See* 28 U.S.C. § 1915. Thus, the court is required to assess and, when funds exist, collect, the entire filing fee or an initial partial filing fee and monthly installments until the entire amount of the filing fee has been paid by the prisoner. If you submit the application to proceed *in forma pauperis*, the court will apply 28 U.S.C. § 1915 and, if appropriate, assess and collect the entire filing fee or an initial partial filing fee, then monthly installments from your inmate trust account, until the entire $350.00 statutory filing fee has been paid. (The $52.00 administrative fee does not apply to cases proceeding *in forma pauperis.*)

4. If you intend to seek *in forma pauperis* status, do not send your complaint without an application to proceed *in forma pauperis* and the certificate of inmate trust account. Complete all essential paperwork before submitting it to the court.

**CHANGE OF ADDRESS**

It is your responsibility to inform the court of any change of address and its effective date. Such notice should be marked **"NOTICE TO THE COURT OF CHANGE OF ADDRESS"** and shall not include any motion for any other relief. Failure to file a NOTICE TO THE COURT OF CHANGE OF ADDRESS may result in the dismissal of your complaint pursuant to Rule 41(b), Federal Rules of Civil Procedure.

I. PREVIOUS LAWSUITS:

A. Have you filed *any* other lawsuit in state or federal court relating to your imprisonment? ___YES _✓_NO

B. If your answer to "A" is "yes," describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, giving the same information.)

1. Approximate date of filing lawsuit: N/A
2. Parties to previous lawsuit:
   Plaintiff(s) N/A
   Defendant(s) N/A
3. Court: (If federal, name the district; if state, name the county.) N/A
4. Cause number: N/A
5. Name of judge to whom case was assigned: N/A
6. Disposition: (Was the case dismissed, appealed, still pending?) N/A
7. Approximate date of disposition: N/A

II. PLACE OF PRESENT CONFINEMENT: TARRANT COUNTY JAIL

III. EXHAUSTION OF GRIEVANCE PROCEDURES:

Have you exhausted all steps of the institutional grievance procedure? ✓ YES ___NO

Attach a copy of your final step of the grievance procedure with the response supplied by the institution.

IV. PARTIES TO THIS SUIT:

A. Name and address of plaintiff: Braylin Brown, 100 N LAMAR FORT WORTH TEXAS 76196

B. Full name of each defendant, his official position, his place of employment, and his full mailing address.

Defendant #1: BILL WAYBOURN, Sheriff of Tarrant County Jail. 100 N LAMAR FORT WORTH TEXAS 76196

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

Put me in a life threatening situation and SUBJected me to Physical and PSYchological harm.

Defendant #2: Donald Oakes, Jailer for tarrant County Jail. 100 N LAMAR FORT WORTH TEXAS 76196

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

Put me in a life threatening Situation and SUBJected me to Physical and PSYchological harm.

Defendant #3: Kyle longo, Jailer for tarrant County Jail. 100 N LAMAR FORT WORTH TEXAS 76196

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

Put me in a life threatening Situation and SUBJected me to Physical and PSYchological harm.

Defendant #4: BrayDen Mercer, Jailer for tarrant County Jail. 100 N LAMAR FORT WORTH TEXAS 76196

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

Put me in a life threatening Situation and SUBJected me to PhYsical and PSYchological harm.

Defendant #5: Phillip Young #0871102.

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

Put me in a life threatening Situation by Assaulting me. trying all over again.

V. STATEMENT OF CLAIM:

State here in a short and plain statement the facts of your case, that is, what happened, where did it happen, when did it happen, and who was involved. Describe how each defendant is involved. You need not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach extra pages if necessary, but remember the complaint must be stated briefly and concisely. IF YOU VIOLATE THIS RULE, THE COURT MAY STRIKE YOUR COMPLAINT.

I Was Denied due Process under the 5th and 14th Amendment Also I Suffered Cruel and unusual Punishment under the 8th Amendment and I'm Still Suffering, the violation of my rights is Still on going Presently for 17 Months. here is the explanation why, on March 15th 2022 at facility Belknap Unit, Pod-26J that Afternoon Phillip Young #0871102 Approached me and asked if he could get a bag of Chips and a Soup, he said when he get money on his books he would give it back. So I Said okay. later on that Night I was the last one using the Phone. (AddenDum Attached)

VI. RELIEF:

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

MONETARY and PUNITIVE DAMAGE $500,000

VII. GENERAL BACKGROUND INFORMATION:

A. State, in complete form, all names you have ever used or been known by including any and all aliases.

Lil Bray, Crazyboybray, Crazyboy, B-Brown, bray bruce.

B. List all TDCJ-CID identification numbers you have ever been assigned and all other state or federal prison or FBI numbers ever assigned to you.

TJJD #1249745, CID #0936696, FBI # 241174VD6

VIII. SANCTIONS:

A. Have you been sanctioned by any court as a result of any lawsuit you have filed? ____YES _✓_NO

B. If your answer is "yes," give the following information for every lawsuit in which sanctions were imposed. (If more than one, use another piece of paper and answer the same questions.)

1. Court that imposed sanctions (if federal, give the district and division): N/A
2. Case number: N/A
3. Approximate date sanctions were imposed: N/A
4. Have the sanctions been lifted or otherwise satisfied? ____YES _✓_NO

# Addendum for CLAIM ORIGINAL

later on that night I was the last one using the Phone around 10:30 or 10:35. when I got off the Phone the other inmates was telling Inmate Phillip Young #087110Z "You Shouldn't do that" but I didn't know exactly what they was talking about. I walked over to the table behind the table I was Just Sitting at a few minutes Prior, to cut me a Piece of Cake that I had asked an Inmate to make for me with Commissary Items. thats when the other Inmates told me that Inmate Phillip Young # 087110Z Said he was going to kite out after breakfast trays which means (Leave by telling the Jailers he fear for his Safety) and that he Said he's not going to Pay me back. So I Said to Phillip Young #087110Z "You don't have to kite out, we don't have any Problems, You Don't even have to Pay me back in Commissary You can Just give me a Chicken Patty!" he Said to me "fuck you I'm not Paying You Shit, I'm kiting out like I Said!! So I Start Pointing at all the other Inmates and Said "I'm real cool Peoples, I'm not going to argue with You, ask everybody here I looked out for everyone Including You and Still will So it's Pointless to kite out!" "You Just got here bro, we all get along so Just chill". he was Sitting on the edge of his bunk on the far right hand corner by the windows Mumbling Stuff and talking trash under his breath. I was Ignoring him and taking off my Jumper because I was hot and it was lights out. Instead of making matters Worse or feed in, I Start walking back and forth thinking what to say. So I Said "listen", I walked over to him while he was on the edge of his bunk Sitting

# Addendum for CLAIM ORIGINAL

I Squatted next to him and spoke again "You know What old School I ain't trippin you can talk trash to me but I'm going to respect You, All this is Stupid, I gave you what you wanted you can Just give me a Chicken patty... well Nevermind It's good I don't even care nomore"! but before I could even finish my Sentence Inmate Phillip Young #0871102 Punched me super, very hard in the face then boom I hit the ground. Inmate Phillip Young #0871102 rushed over to the Intercom/emergency button and Pressed it. the Jailers answered and Said "What's up, it better be a emergency"! Inmate phillip Said "I Just assaulted a Inmate, come get me I fear for my Safety". at that particular Part my head was in so much Pain, I Couldn't really believe what had happened. I got up and he start telling me "come on let's get it" but I Said "old School You got it bro Just leave it alone, You got it". I was in tremendous Pain so I walked over to my bunk, I think I layed down or Just sat there waiting on the Jailers. finally they came in, asked him who did he assault. Every body Including Phillip Young #0871102 him self Said he assaulted me. then he Said "I ain't tellin yall Shit else get me out of here"! at that Point I was Waiting for them to come talk to me and go through the Procedure of asking me do I want to press Charges and what all happened and why but instead they didn't. they Just left. About 5 or 10 Minutes later, they Brought Inmate Phillip Young #0871102 back to the Pod Which Put me in much fear of my life.

8

ORIGINAL

Addendum for CLAIM

They were Now breaking POLICY. I Couldn't believe that they had JUST brought back the Inmate whom JUST ASSaulted me and Admitted to it and on top of that they didn't try to help me. I Even told the Jailers "Y'all are making a mistake, I need Medical attention I was ASSaulted!" but I was Ignored and left Once Again. Inmate Phillip Young #0871107 Started talking trash Saying "Either We Can get it right here or Behind the Camera, You Choose". I told him "look man I'm good, I Don't Want No trouble but he kept talking trash, he even took his Shirt off walking toward the restroom/Shower area intimidating me. I was So Scared I even remember Shaking his hand telling him "You hit hard, I don't Want trouble." I know it's all on camera too. but anyways he said "Youngster I Apologize for ASSaulting You but We have to get a fair One on One fight". "So I could feel better and Sleep Comfortable". So I gave in and said "okay after this please leave it alone". We Went behind the camera then I told the other Inmates "Please Come watch to make Sure it's a fair fight and Nobody gets hurt". and So they did. Phillip Young #0871107 Swung, then I hit 3 times dropping him then I helped him up. We all went back to the day room area back on camera. We Shook hands and I gave him a piece of cake. He Start Saying he think his Jaw is broke. he Said that he was going to wait till morning So that he could lie to the Jailers and Say I

Addendum for CLAIM ORIGINAL

he slipped and fell coming out the shower but I guess he was in so much pain he told them minutes after he told us that he "will say" he slipped and fell. Minutes later After they took him. they the Jailers came rushing in asking for me and Mr Vernon miller, asking us to take pictures and did we Jump Inmate Phillip Young #0871102. I told the Jailers Donald oakes and Mercer that I was Assaulted first and No we did not Jump inmate Phillip Young #0871102. I Also told them I want to press charges and I need medical attention but they Just Put me back in the Pod. The next Morning March 7th. I was assigned to "Lon Evans" at 7:28 am but didn't arrive at that time. a little later. I've been in Lon evans for 17months all because of this incident. I've wrote Grievances, I've Contacted other Agencies. I have No help. I didn't Know how to Appeal Grievances at first, Now I do. At first the Jail said I'm in lock up for MhMr which I have been dealing with since I was 7. So I asked MhMr they said it's a lie and that the Jail are using them to keep me back here. I can not go to Commissary, You have to believe me I can not use the phone and I can not talk to my lawyer. I have no access to freedom. I have Proof that the Jailers gave me. Please help me. I was put in a life threatening situation. I was in fear. they messed up not me. ✗

ORIGINAL

# Addendum for CLAIM

Please help me. Please. I Can not Contact my family. I Can not Sleep. I am not Violent. they Know they are Wrong, thats Why the Never wrote me up for the phillip Young #0871102 Incident because I know they Seen him Assault me first on Camera. please help me. The prosecutor Used this incident against me in my bond reduction hearing Keeping me from being at liberty. I'he been treated deliverent indifferent. My last disciplinary was September 29th 2021 2 Years ago. I'm Seeking remedy. If You Guys believe in God and if You Guys Know this is all false Imprisonment and wrong help me. the Jailers Put me in this Situation all over again bringing Inmate phillip back. allowing him to harm me again. I Was put in a life threatening Situation, they subjected me to physical and psychological harm. Every Jailer I named Was there it's on camera if I didn't talk to them they Still was there. I been Suffering 11 long months in this Same Cell. I'm losing my mind. my hair. my Weight. but I've found God. I've learned alot. Whoever I made upset I'm Sorry. I'm a green Jumpsuit. Never been in a red one. Never got wrote up. while being Trial housed back here. I use to receive SSI Checks and I'm Mhmr this is not right or healthy please help.

# Addendum for CLAIM ORIGINAL

I was on the phone with my father January 25th 2022 when he got murdered. While in Lon Evans in october 2022, they charged me with my fathers murder. they said they believe I sent a hit on my own father. They even harrass my little sister who stayed with my father and is saying they think she had something to do with it allegely. It's all crazy. they have no evidence of any such stupid thing. I have no understanding even my lawyer months ago told me he don't understand why I'm being charged with my own fathers murder and I was in Jail. Please help me. all of a sudden almost a year later they charge me with a murder case then hold me back here more. this is a very big civil matter. I hope yall understand. Under Law, I have not been convicted or Been Punished with Due Process and niether have they followed due process. or have any Justifications. which add up to cruel and unusual punishment false Imprisonment. Also Kyle longo, BrayDen mercer failed to protect me and Ignored my cries. It's all on camera. BILL WayBourn is responsible. and Donald Oakes. Please check the cameras I would Never lie, my word is all I got. When the prosecutor used this Phillip Young #0871107 Incident against me, she would Never I mean Never show the footage, she just said "you are in Lon Evans for Jumping inmate phillip Young right?" I said "No" she said "Yes you are". she lied. "Check the cameras" is all I could say. Also they are trying to exclude my

7

# Addendum for CLAIM ORIGINAL

Mental Health history. They are telling me they can not find anyfiles but my lawyers have all my medical/mental records. They are playing Dirty Games. Mr Phillip you lied Also which is crazy. I need proper help.

C. Has any court ever warned or notified you that sanctions could be imposed? _____YES ✓ NO

D. If your answer is "yes," give the following information for every lawsuit in which a warning was issued. (If more than one, use another piece of paper and answer the same questions.)

1. Court that issued warning (if federal, give the district and division): N/A
2. Case number: N/A
3. Approximate date warning was issued: N/A

Executed on: 07-20-23
DATE

B. Brown
B. Brown
(Signature of Plaintiff)

**PLAINTIFF'S DECLARATIONS**

1. I declare under penalty of perjury all facts presented in this complaint and attachments thereto are true and correct.
2. I understand, if I am released or transferred, it is my responsibility to keep the court informed of my current mailing address and failure to do so may result in the dismissal of this lawsuit.
3. I understand I must exhaust all available administrative remedies prior to filing this lawsuit.
4. I understand I am prohibited from bringing an *in forma pauperis* lawsuit if I have brought three or more civil actions or appeals (from a judgment in a civil action) in a court of the United States while incarcerated or detained in any facility, which lawsuits were dismissed on the ground they were frivolous, malicious, or failed to state a claim upon which relief may be granted, unless I am under imminent danger of serious physical injury.
5. I understand even if I am allowed to proceed without prepayment of costs, I am responsible for the entire filing fee and costs assessed by the court, which shall be deducted in accordance with the law from my inmate trust account by my custodian until the filing fee is paid.

Signed this 20 (Day) day of July (month), 20 23 (year).

B. Brown
B. Brown
(Signature of Plaintiff)

**WARNING: Plaintiff is advised any false or deliberately misleading information provided in response to the above questions may result in the imposition of sanctions. The sanctions the court may impose include, but are not limited to, monetary sanctions and the dismissal of this action with prejudice.**

EXHIBIT(A) Attachment for Grievances

1. Concerning the matter complained about in the 1983.

# Tarrant County Sheriff's Office

## Grievance Response Form

| G224010 | 4/20/2022 | GARCIA, J. | 5/26/2022 | 02. CLASSIFICATION HOUSIN |
|---|---|---|---|---|
| *Number* | *Received Date* | *Assigned To* | *Close Date* | *Classification* |

| 73 A | BROWN, BRAYLIN LAMONT | 0936696 |
|---|---|---|
| *Housing* | *Name* | *CID* |

*Grievance Response Summary*

MR. BROWN, I HAVE ADDRESSED THIS MATTER WITH THE CLASSIFICATION SERGEANT AND PER THE CLASSIFICATION SERGEANT YOU ARE APPROPRIATELY HOUSED. IF YOU HAVE ANY FURTHER CONCERNS YOU MAY SUBMIT A REQUEST FOR SERVICE TO CLASSIFICATION TO ADDRESS YOUR CONCERNS.

***"Grievance procedures are described in the Inmate Handbook. In the event you have lost or misplaced your Inmate Handbook, you may request a replacement from the housing officer."***

# TARRANT COUNTY JAIL
# INMATE GRIEVANCE FORM

File Nbr. [illegible]

*Press hard when writing*

**Name** [illegible] **CID No.** [illegible]

**Housing Assignment** [illegible] **Date** [illegible]

**Is this an "American with Disabilities Act (ADA) Complaint?** **Yes** ☐ **No** ☐

**State your problem as briefly as possible. Place in a "Grievance Envelope", seal and submit to Housing Officer. Keep pink (last) copy for your records.**

[illegible]

**GRIEVANCE OFFICE USE ONLY******************DO NOT WRITE BELOW THIS LINE**

**Grievance Officer** [illegible] **Date** [illegible] **Code** [illegible]

**Referred to** **Date** **Time**

**Response by** **Date** **Time**

**GRIEVANCE SUMMARY RESPONSE**

White Copy To File Canary Copy To Inmate (Grievance Response) Pink Copy For Inmate Retention

S-101 GPC-1699 REV. 06-06

# Tarrant County Sheriff's Office

# Grievance Response Form

| G226239 | 6/21/2022 | MILLER | 7/29/2022 | 02. CLASSIFICATION HOUSIN |
|---|---|---|---|---|
| *Number* | *Received Date* | *Assigned To* | *Close Date* | *Classification* |

| 73 A | BROWN, BRAYLIN LAMONT | 0936696 |
|---|---|---|
| *Housing* | *Name* | *CID* |

*Grievance Response Summary*

MR. BROWN, YOUR GRIEVANCE HAS BEEN RECEIVED IN OUR OFFICE FOR INVESTIGATION. YOU ARE HOUSED CORRECTLY.//LAM

*"Grievance procedures are described in the Inmate Handbook. In the event you have lost or misplaced your Inmate Handbook, you may request a replacement from the housing officer."*

# Tarrant County Sheriff's Office
## Grievance Response Form

| G226239 | 6/21/2022 | MILLER | | 02. CLASSIFICATION HOUSIN |
|---|---|---|---|---|
| ***Number*** | ***Received Date*** | ***Assigned To*** | ***Close Date*** | ***Classification*** |

| 73 A | BROWN, BRAYLIN LAMONT | 0936696 |
|---|---|---|
| ***Housing*** | ***Name*** | ***CID*** |

***Grievance Response Summary***

MR. BROWN, YOUR GRIEVANCE HAS BEEN RECEIVED IN OUR OFFICE FOR INVESTIGATION. YOU WILL RECEIVE A RESPONSE WITHIN 60 DAYS.

***"Grievance procedures are described in the Inmate Handbook. In the event you have lost or misplaced your Inmate Handbook, you may request a replacement from the housing officer."***

# TARRANT COUNTY JAIL
# INMATE GRIEVANCE FORM

File Nbr. [illegible]

*Press hard when writing*

**Name** [illegible] **CID No.** [illegible]

**Housing Assignment** [illegible] **Date** [illegible]

**Is this an "American with Disabilities Act (ADA) Complaint?** **Yes** ☐ **No** ☐

**State your problem as briefly as possible. Place in a "Grievance Envelope", seal and submit to Housing Officer. Keep pink (last) copy for your records.**

[illegible]

**GRIEVANCE OFFICE USE ONLY******************DO NOT WRITE BELOW THIS LINE**

**Grievance Officer** ____ **Date** ____ **Code** 2

**Referred to** ____ **Date** ____ **Time** ____

**Response by** ____ **Date** ____ **Time** ____

**GRIEVANCE SUMMARY RESPONSE**

White Copy To File  Canary Copy To Inmate (Grievance Response)  Pink Copy For Inmate Retention

S-101 GPC-1699 REV. 06-06

# TARRANT COUNTY JAIL
# INMATE GRIEVANCE FORM

File Nbr.__________

*Press hard when writing*

Name ____________________________________ CID No. ______________

Housing Assignment __________________________ Date ________________

Is this an "American with Disabilities Act (ADA) Complaint? Yes ☐ No ☐

**State your problem as briefly as possible. Place in a "Grievance Envelope", seal and submit to Housing Officer. Keep pink (last) copy for your records.**

GRIEVANCE OFFICE USE ONLY******************DO NOT WRITE BELOW THIS LINE

Grievance Officer __________________ Date ______________ Code __________

Referred to ______________________ Date ______________ Time __________

Response by _____________________ Date ______________ Time __________

GRIEVANCE SUMMARY RESPONSE

White Copy To File    Canary Copy To Inmate (Grievance Response)    Pink Copy For Inmate Retention

S-101 GPC-1699 REV. 06-06

# TARRANT COUNTY JAIL
# INMATE GRIEVANCE FORM

File Nbr.__________

*Press hard when writing*

**Name** ______________________ **CID No.** __________

**Housing Assignment** ______________________ **Date** __________

**Is this an "American with Disabilities Act (ADA) Complaint?** **Yes** ☐ **No** ☐

**State your problem as briefly as possible. Place in a "Grievance Envelope", seal and submit to Housing Officer. Keep pink (last) copy for your records.**

**GRIEVANCE OFFICE USE ONLY******************DO NOT WRITE BELOW THIS LINE**

**Grievance Officer** __________ **Date** __________ **Code** __________

**Referred to** __________ **Date** __________ **Time** __________

**Response by** __________ **Date** __________ **Time** __________

**GRIEVANCE SUMMARY RESPONSE**

White Copy To File    Canary Copy To Inmate (Grievance Response)    Pink Copy For Inmate Retention

S-101 GPC-1699 REV. 06-06

# Tarrant County Sheriff's Office
# Grievance Response Form

| G231620 | 11/14/2022 | INTAKE | | 02. CLASSIFICATION HOUSIN |
|---|---|---|---|---|
| *Number* | *Received Date* | *Assigned To* | *Close Date* | *Classification* |

| 60-D | BROWN, BRAYLIN LAMONT | 0936696 |
|---|---|---|
| *Housing* | *Name* | *CID* |

*Grievance Response Summary*

MR. BROWN, YOUR GRIEVANCE HAS BEEN RECEIVED IN OUR OFFICE FOR INVESTIGATION. YOU WILL RECEIVE A RESPONSE WITHIN 60 DAYS.

*"Grievance procedures are described in the Inmate Handbook. In the event you have lost or misplaced your Inmate Handbook, you may request a replacement from the housing officer."*

# Tarrant County Sheriff's Office

## Grievance Response Form

| Number | Received Date | Assigned To | Close Date | Classification |
|---|---|---|---|---|
| G231620 | 11/14/2022 | GARCIA, J. | 12/13/2022 | 02. CLASSIFICATION HOUSIN |

| Housing | Name | CID |
|---|---|---|
| 60-D | BROWN, BRAYLIN LAMONT | 0936696 |

*Grievance Response Summary*

MR. BROWN, I HAVE ADDRESSED THIS MATTER WITH THE CLASSIFICATION SERGEANT AND PER THE CLASSIFICATION SERGEANT YOU ARE APPROPRIATELY HOUSED. IF YOU HAVE ANY FURTHER CONCERNS REGARDING THIS MATTER, YOU MAY SUBMIT A REQUEST FOR SERVICE TO CLASSIFICATION TO ADDRESS YOUR CONCERNS.

*"Grievance procedures are described in the Inmate Handbook. In the event you have lost or misplaced your Inmate Handbook, you may request a replacement from the housing officer."*

# *Tarrant County Sheriff's Office*
# *Grievance Response Form*

| G225468 | 5/24/2022 | GARCIA, J. | 6/1/2022 | 02. CLASSIFICATION HOUSIN |
|---|---|---|---|---|
| ***Number*** | ***Received Date*** | ***Assigned To*** | ***Close Date*** | ***Classification*** |

| 73 A | BROWN, BRAYLIN LAMONT | 0936696 |
|---|---|---|
| ***Housing*** | ***Name*** | ***CID*** |

***Grievance Response Summary***

THIS IS A DUPLICATE MATTER AND HAS BEEN ADDRESSED UNDER GRIEVANCE #G224010. REFER TO THE RESPONSE.

***"Grievance procedures are described in the Inmate Handbook. In the event you have lost or misplaced your Inmate Handbook, you may request a replacement from the housing officer."***

# TARRANT COUNTY JAIL
# INMATE GRIEVANCE FORM

File Nbr. [illegible]

*Press hard when writing*

**Name** [illegible] **CID No.** [illegible]

**Housing Assignment** [illegible] **Date** [illegible]

**Is this an "American with Disabilities Act (ADA) Complaint?** **Yes** ☐ **No** ☐

**State your problem as briefly as possible. Place in a "Grievance Envelope", seal and submit to Housing Officer. Keep pink (last) copy for your records.**

I'm writing an request for additional information in regards of a Investigation against me in which has me housed in [illegible] Evans under investigation Status to wit; who is the Investigation officer? And what is the [illegible] Status? Due to the fact I [illegible] to know. I have taken all other processes available in regards of Information on the Invest[illegible] in proceeding to which I have spoken with Housing [illegible] officers such as Chief Reyes in company of Captain Cordell, Captain D[illegible]. Today Chief Reyes on May 23 2022, around 10:[illegible] A.M. Took a [illegible] of the [illegible] and Told me he was [illegible] [illegible] I'm [illegible] [illegible] this grievance until further notice thanks.

**GRIEVANCE OFFICE USE ONLY*****************DO NOT WRITE BELOW THIS LINE**

**Grievance Officer** [illegible] **Date** [illegible] **Code** ______

**Referred to** ______ **Date** ______ **Time** ______

**Response by** ______ **Date** ______ **Time** ______

**GRIEVANCE SUMMARY RESPONSE**

White Copy To File Canary Copy To Inmate (Grievance Response) Pink Copy For Inmate Retention

S-101 GPC-1699 REV. 06-06

# TARRANT COUNTY JAIL
# INMATE GRIEVANCE FORM

File Nbr.__________

*Press hard when writing*

**Name** ______________________ **CID No.** __________

**Housing Assignment** ______________________ **Date** __________

**Is this an "American with Disabilities Act (ADA) Complaint?** **Yes** ☐ **No** ☐

**State your problem as briefly as possible. Place in a "Grievance Envelope", seal and submit to Housing Officer. Keep pink (last) copy for your records.**

**GRIEVANCE OFFICE USE ONLY******************DO NOT WRITE BELOW THIS LINE**

**Grievance Officer** __________ **Date** __________ **Code** __________

**Referred to** __________ **Date** __________ **Time** __________

**Response by** __________ **Date** __________ **Time** __________

**GRIEVANCE SUMMARY RESPONSE**

White Copy To File    Canary Copy To Inmate (Grievance Response)    Pink Copy For Inmate Retention

S-101 GPC-1699 REV. 06-06

# TARRANT COUNTY JAIL
# INMATE GRIEVANCE FORM

File Nbr.__________

*Press hard when writing*

**Name** ______________________ **CID No.** __________

**Housing Assignment** ______________________ **Date** __________

**Is this an "American with Disabilities Act (ADA) Complaint?** **Yes** ☐ **No** ☐

**State your problem as briefly as possible. Place in a "Grievance Envelope", seal and submit to Housing Officer. Keep pink (last) copy for your records.**

**GRIEVANCE OFFICE USE ONLY******************DO NOT WRITE BELOW THIS LINE**

**Grievance Officer** __________ **Date** __________ **Code** __________

**Referred to** __________ **Date** __________ **Time** __________

**Response by** __________ **Date** __________ **Time** __________

**GRIEVANCE SUMMARY RESPONSE**

White Copy To File Canary Copy To Inmate (Grievance Response) Pink Copy For Inmate Retention

# Tarrant County Sheriff's Office
# Grievance Response Form

| G231722 | 11/16/2022 | INTAKE | | 13. INMATE ACCOUNTS |
|---|---|---|---|---|
| ***Number*** | ***Received Date*** | ***Assigned To*** | ***Close Date*** | ***Classification*** |

| 60-D | BROWN, BRAYLIN LAMONT | 0936696 |
|---|---|---|
| ***Housing*** | ***Name*** | ***CID*** |

***Grievance Response Summary***

MR. BROWN, YOUR GRIEVANCE HAS BEEN RECEIVED IN OUR OFFICE FOR INVESTIGATION. YOU WILL RECEIVE A RESPONSE WITHIN 60 DAYS.

***"Grievance procedures are described in the Inmate Handbook. In the event you have lost or misplaced your Inmate Handbook, you may request a replacement from the housing officer."***

# TARRANT COUNTY JAIL
# INMATE GRIEVANCE FORM

File Nbr.__________

*Press hard when writing*

**Name** ______________________ **CID No.** __________

**Housing Assignment** ______________________ **Date** __________

**Is this an "American with Disabilities Act (ADA) Complaint?** **Yes** ☐ **No** ☐

**State your problem as briefly as possible. Place in a "Grievance Envelope", seal and submit to Housing Officer. Keep pink (last) copy for your records.**

**GRIEVANCE OFFICE USE ONLY******************DO NOT WRITE BELOW THIS LINE**

**Grievance Officer** __________ **Date** __________ **Code** __________

**Referred to** __________ **Date** __________ **Time** __________

**Response by** __________ **Date** __________ **Time** __________

**GRIEVANCE SUMMARY RESPONSE**

White Copy To File    Canary Copy To Inmate (Grievance Response)    Pink Copy For Inmate Retention

S-101 GPC-1699 REV. 06-06

# *Tarrant County Sheriff's Office*
# *Grievance Response Form*

| G236669 | 4/25/2023 | INTAKE | | 02. CLASSIFICATION HOUSIN |
|---|---|---|---|---|
| ***Number*** | ***Received Date*** | ***Assigned To*** | ***Close Date*** | ***Classification*** |

| 75 C | BROWN, BRAYLIN LAMONT | 0936696 |
|---|---|---|
| ***Housing*** | ***Name*** | ***CID*** |

***Grievance Response Summary***

MR. BROWN, YOUR GRIEVANCE HAS BEEN RECEIVED IN OUR OFFICE FOR INVESTIGATION. YOU WILL RECEIVE A RESPONSE WITHIN 60 DAYS.

***"Grievance procedures are described in the Inmate Handbook. In the event you have lost or misplaced your Inmate Handbook, you may request a replacement from the housing officer."***

# TARRANT COUNTY JAIL
# INMATE GRIEVANCE FORM

File Nbr.________

*Press hard when writing*

**Name** ____________________ **CID No.** ________

**Housing Assignment** ____________________ **Date** ________

**Is this an "American with Disabilities Act (ADA) Complaint?** **Yes** ☐ **No** ☐

**State your problem as briefly as possible. Place in a "Grievance Envelope", seal and submit to Housing Officer. Keep pink (last) copy for your records.**

**GRIEVANCE OFFICE USE ONLY******************DO NOT WRITE BELOW THIS LINE**

**Grievance Officer** ____________ **Date** ________ **Code** ________

**Referred to** ____________ **Date** ________ **Time** ________

**Response by** ____________ **Date** ________ **Time** ________

**GRIEVANCE SUMMARY RESPONSE**

White Copy To File    Canary Copy To Inmate (Grievance Response)    Pink Copy For Inmate Retention

S-101 GPC-1699 REV. 06-06

[illegible]

# TARRANT COUNTY JAIL
# INMATE GRIEVANCE FORM

File Nbr.__________

*Press hard when writing*

**Name** ____________________ **CID No.** __________

**Housing Assignment** ____________________ **Date** __________

**Is this an "American with Disabilities Act (ADA) Complaint?** **Yes** ☐ **No** ☐

**State your problem as briefly as possible. Place in a "Grievance Envelope", seal and submit to Housing Officer. Keep pink (last) copy for your records.**

[illegible]
[illegible]
[illegible]
[illegible]
[illegible]
[illegible]
[illegible]
[illegible]
[illegible]
[illegible]
[illegible]
[illegible]
[illegible]
[illegible]
[illegible]
[illegible]

**GRIEVANCE OFFICE USE ONLY******************DO NOT WRITE BELOW THIS LINE**

**Grievance Officer** ________________ **Date** __________ **Code** ________

**Referred to** ________________ **Date** __________ **Time** ________

**Response by** ________________ **Date** __________ **Time** ________

**GRIEVANCE SUMMARY RESPONSE**

White Copy To File Canary Copy To Inmate (Grievance Response) Pink Copy For Inmate Retention

S-101 GPC-1699 REV. 06-06

These are other Agencies I was talking
about that I've Contacted.

# TEXAS COMMISSION ON JAIL STANDARDS

**EXECUTIVE DIRECTOR**
**Brandon S. Wood**

**P.O. Box 12985**
**Austin, Texas 78711**
**Voice: (512) 463-5505**
**Fax: (512) 463-3185**
**http://www.tcjs.state.tx.us**
**info@tcjs.state.tx.us**

June 27, 2023

Braylin Brown # 0936696
Tarrant County Jail
100 N Lamar
Fort Worth, TX 76102

Dear Braylin Brown,

Your letter regarding the Tarrant County Jail has been received. I have started investigating your complaint on this date by requesting information and records from the Tarrant County Jail. You will receive a formal response to your complaint upon the completion of my investigation. Please note that if multiple complaints are made representing the same alleged violation, one letter may be sent as a response.

Respectfully,

Chris Keith

Complaint Inspector
Texas Comission on Jail Standards

**Judge Bill Stoudt, Longview, Chair**
**Dr. Esmaeil Porsa, M.D., Houston, Vice-Chair**
**Ross Reyes, Melissa**
**Sheriff Kelly Rowe, Lubbock**
**Sheriff Raul "Pinky" Gonzales, Refugio**
**Patricia M. Anthony, Garland**
**Commissioner Ben Perry, Waco**
**Duane Lock, Southlake**
**Monica McBride, Alpine**

"The Commission on Jail Standards welcomes all suggestions and will promptly respond to all complaints directed against the agency or any facilities under its purview".

*To empower local government to provide safe, secure and suitable local jail facilities through proper rules and procedures while promoting innovative programs and ideas*

Braylin Brown #0936696
100 N Lamar St
Fort worth Tx, 76196

NORTH TEXAS TX P&DC
DALLAS TX 750
1 MAR 2023 PM 1 L

USA FOREVER

(Legal mail)

Received by
MAR 03 2023
State Commission on
Judicial Conduct

State Commission on Judicial Conduct
PO. BOX 12265
Austin Tx, 78711

78711-226565

This is The Courts emailing the Jail. Once they told me my Phone Priviliges was gone I asked for Documentation. Some ones lying because The "Lt" Nolan said she Never recieved it but Sargent bell said he did and he's the one gave me the copy. but if I Can't Speak to my Lawyer Isn't that violating my 6th Amendment?

Hi Chief-

FYI Braylin Brown over at the LECC is still [redacted] - this time he once again [redacted]. Per the judge his phone privileges have been revoked and after you and I spoke about this a few months ago you notified the officers at the LECC to monitor him more closely. Could you please reach out to the officers in his area and remind them? [redacted] so it's a huge safety concern.

Thanks for your help with this.

Braylin Brown #0931691
100 N LAMAR
FORT WORTH TEXAS, 76196

NORTH TEXAS P&DC
DALLAS TX 750
TUE 25 JUL 2023
AFSN 2/1 22:39:34

X-RAY

RECEIVED
JUL 2 8 2023
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

U.S. DISTRICT COURT
501 W Tenth ST, RM 310
FORT WORTH TEXAS, 76102

(LEGAL MAIL 2 AND 3 OF 3 previously SENT)